**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7735**

_____

DAN RICHARD GRIGSBY,

                                      Petitioner - Appellant,

      versus

RONALD J. ANGELONE,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-00-870-7)

_____

Submitted: February 8, 2001       Decided: February 15, 2001

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Dan Richard Grigsby, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dan Richard Grigsby appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Grigsby v. Angelone, No. CA-00-870-7 (W.D. Va. Nov. 13, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2